DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAUNDRY COLLINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-792

[May 25, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 13-7730CF10A, 13-16120CF10A, 14-9800CF10A and 17-4302CF10A.

Daundry Collins, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***